# Court of Appeals
# of the State of Georgia

ATLANTA,  July 31, 2017

*The Court of Appeals hereby passes the following order:*

**A17A2036.  AKASH DIXIT v. TANYA SINGH DIXIT.**

On March 13, 2017, the superior court entered final judgment in this divorce case.  On April 3, Akash Dixit filed a motion for new trial.  On April 12, Akash Dixit filed a notice of appeal to this Court.[1]  The motion for new trial remains pending below.

In a civil case, "[a] notice of appeal from the judgment, filed while a motion for new trial is pending, and unaccompanied by a proper certificate for immediate review, confers no jurisdiction in the appellate court and results in a dismissal of the appeal." *Griffin v. Loper*, 209 Ga. App. 504, 504 (433 SE2d 653) (1993), citing *Auld v. Weaver*, 196 Ga. App. 782, 782-783 (397 SE2d 51) (1990); see also *Threatt v. Forsyth County*, 250 Ga. App. 838, 844 (2) (552 SE2d 123) (2001).  Because Akash Dixit's motion for new trial was pending when he filed his notice of appeal, and he did not include a certificate of immediate review pursuant to OCGA § 5-6-34 (b), this appeal is hereby DISMISSED for lack of jurisdiction.  If the superior court denies

---

[1] Although the notice of appeal states that both parties seek an appeal, the notice was signed only by Akash Dixit.

Akash Dixit's motion for new trial, he may file another notice of appeal within 30 days of that ruling.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __07/31/2017__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*